IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. ROBERTS, #143289, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:12-CV-1061-TMH |
| | ) | |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

The Magistrate Judge entered a Recommendation (Doc. 4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 22nd day of January, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR   UNITED   STATES   DISTRICT   JUDGE